IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02788-KAS

FRANCISCO EXEQUIEL GAMBOA PEREZ,

      Petitioner,

v.

JUAN BALTAZAR, Warden,
ROBERT HAGAN, AFOWC,
TODD LYONS, WO1, and
ATTORNEY GENERAL,

      Respondents.

---

## MINUTE ORDER

---

**ENTERED BY U.S. MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court sua sponte. On July 7, 2026, the Court granted Petitioner's habeas corpus petition in part and ordered Respondents to provide Petitioner with a bond hearing within seven days. (ECF No. 12). On July 17, 2026, Respondents filed a status report informing the Court that Petitioner was provided with a bond hearing at which bond was denied after the Immigration Judge found that Petitioner is a flight risk that cannot be mitigated through a bond. (ECF No. 14). Finding that Petitioner has been afforded the relief to which he is entitled, IT IS HEREBY ORDERED that the Clerk of Court shall enter final judgment in Petitioner's favor and terminate this case.

DATED: July 20, 2026