**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02788-KAS

FRANCISCO EXEQUIEL GAMBOA PEREZ,

      Petitioner,

v.

JUAN BALTAZAR, Warden,
ROBERT HAGAN, AFOWC,
TODD LYONS, WO1, and
ATTORNEY GENERAL,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [ECF 12 and15] entered by United States Magistrate Judge Kathryn A. Starnella on July 7, 2026, and July 20, 2026, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. It is further

ORDERED that, pursuant to 28 U.S.C. § 2412(d)(1), Petitioner may, within 30 days of final judgment in the action, submit to the Court an application for fees and other expenses that shows that Petitioner is the prevailing party and is eligible to receive an award under that statutory provision.

This case will be closed.

DATED at Denver, Colorado, this 20th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ M. Smotts
M. Smotts, Deputy Clerk